IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ANDRE JACKSON, | |
| Movant, | CIVIL ACTION NO.: 6:23-cv-19 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 6:20-cr-1) |
| Respondent. | |

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 6.) Movant Andre Jackson ("Jackson") did not file Objections to the Report and Recommendation, and the time to do so has elapsed. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, and **DISMISSES** Jackson's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Jackson leave to appeal *in forma pauperis* and a Certificate of Appealability.

**SO ORDERED**, this 13th day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA